UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DONALD WHITE, | ) | No. ED CV 12-111-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RALPH M. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 15, 2012

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE