1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

11    DONALD WHITE,                                  )    No. ED CV 12-111-PSG (PLA)
                                                     )
12                      Petitioner,                  )    **JUDGMENT**
                                                     )
13             v.                                    )
                                                     )
14    RALPH M. DIAZ, Warden,                         )
                                                     )
15                      Respondent.                  )
                                                     )
16

17          Pursuant to the order adopting the magistrate judge's report and recommendation,

18    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

19

20    DATED:  June 15, 2012

21                                                  _____
                                                     HONORABLE PHILIP S. GUTIERREZ
                                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28